PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
April 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cruz Diosdado Aranda | Case Number: 5:13-CR-00842-OLG(1) |
| Name of Sentencing Judicial Officer: | Honorable Orlando L. Garcia, United States District Judge |
| Date of Original Sentence: | November 5, 2015 |
| Original Offense: | Possession of Firearm or Ammunition by a Convicted Felon, in violation of 18 USC § 922(g)(1) |
| Original Sentence: | One Hundred Twenty (120) months imprisonment, to be followed by Three (3) years supervised release. |
| Type of Supervision: Supervised Release | Date Supervision Commenced: April 15, 2022 |
| Assistant U.S. Attorney: Sarah Wannarka | Defense Attorney: Alan Brown |

**PREVIOUS COURT ACTION**

**On November 17, 2015, an Amended Judgment was filed correcting a clerical error as to date of offense.**

**On December 4, 2024, a Probation Form 12B, Request for Modifying Conditions or Term of Supervision with Consent of the Offender was submitted to the Court requesting a no contact order with Ana Saucedo, due to an assault charge while they were involved in a romantic relationship and cohabitating. The Court approved the modification**.

**PETITIONING THE COURT**

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition: The defendant shall not communicate, or otherwise interact, with Ana Saucedo, either directly or through someone else, without first obtaining the permission of the probation officer.** |

Aranda, Cruz Diosdado
SA-13-CR-00842-OLG(1)
April 2, 2025
Page 2

2. **Mandatory Condition No. 1:** The defendant shall not commit another federal, state, or local crime during the term of supervision.

3. **Standard Condition No. 9:** The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

   According to San Antonio Police Department (SAPD), Case No. 24247983, on November 16, 2024, the offender's girlfriend, Ana Saucedo, contacted police to report an assault (Assault Family/Household Member with previous conviction), 3rd Degree Felony was filed which occurred the day before. The report indicated that she and the offender were involved in an argument, when he grabbed her wrists and threatened to kill her. The reporting officer noted visible bruising on the her wrist.  She also reported he threatened to burn her house down during a previous argument. Officers accompanied her to retrieve her personal items from the home and no contact was made with the offender.  According to SAPD, the case was not referred to for prosecution as the victim declined to file charges. *On December 4, 2024, the Court was notified of the violation.*

   On March 21, 2025, the San Antonio Police Department, Case No. 25056517, Indecency with a Child Exposes, 3rd Degree Felony was filed after the minor victim made an outcry to her mother, Ana Saucedo.  According to the incident report, there were several incidents where Mr. Aranda exposed his genitalia to the victim.  Additionally, Mr. Aranda also forced himself into the locked bathroom while the minor victim was in the shower.  According to the reporting officer, Ms. Saucedo admitted that she and Mr. Aranda were in a romantic relationship, and he was living at her residence.  The case has been referred to the Special Victim Unit for further investigation.

   On March 31, 2025, the San Antonio Police Department, Case No. 25063719 for Assault Threat-Family, was filed after police were dispatched and contacted Ana Saucedo. According to the report, Mr. Aranda arrived at Ms. Saucedo's place of work and attempted to open her car door.  He hit the driver's side window with a close fist and yelled "I'm going to get you ho!."  Apparently, the victim captures part of the confrontation on video.  Police were able to view the video which depicted Mr. Aranda following the victim's vehicle closely and pulling alongside her vehicle.  Mr. Aranda apparently fled the area after he noticed the victim recording the incident.

   It should be noted that Mr. Aranda has a "no contact" order with Ms. Saucedo.  Additionally, he did not receive permission to associate with Ana Saucedo.  Records indicate that Ms. Saucedo was previously supervised by the Western District of Texas, San Antonio Division. Their relationship was only revealed at the time the assault charge was filed.

4. **Standard Condition No. 6:** The defendant shall notify the probation officer at least ten days prior to any changes in residence or employment.

   According to Ms. Sauceda, she and Mr. Aranda were cohabiting at her residence, which was not his approved address.  Furthermore, he was not granted permission to communicate or interact with Ms. Saucedo.

Aranda, Cruz Diosdado
SA-13-CR-00842-OLG(1)
April 2, 2025
Page 3

    **5.**    **Mandatory Condition No. 2:** **The defendant shall not unlawfully possess a controlled substance.**

    **6.**    **Mandatory Condition No. 3:** **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests, thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.**

On December 4, 2024, Mr. Aranda tested positive for marijuana. On December 11, 2024, when confronted with positive urinalysis results, he admitted to illegal drug use and signed an admission form. Subsequently, he was referred to participate in an outpatient substance abuse treatment.

**U.S. Probation Officer Recommendation:** On April 15, 2022, Mr. Aranda commenced his term of supervised release. He is a Criminal History Category III. His criminal history includes drug related charges, several assault charges, aggravated kidnapping and tampering with witnesses. His drug history includes marijuana and occasional consumption of alcohol. Atter testing positive for marijuana, he was referred to outpatient substance abuse treatment at Lifetime Treatment Services.

Unfortunately, Mr. Aranda continues to exhibit high risk behaviors as evidenced by ongoing criminal conduct in threatening violence and aggressive behaviors toward his victims. The United States Probation Office respectfully requests a warrant be issued and his term of supervised release be revoked.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for __ years, for a total term of __ years.

    The conditions of supervision should be modified as follows:

☐

Approved:

*Stephen Gray*

Stephen L. Gray
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5331

Respectfully submitted,

*Stephen Gray*

Sandra G. Ross
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5386
Date: April 2, 2025

Aranda, Cruz Diosdado
SA-13-CR-00842-OLG(1)
April 2, 2025
Page 4

cc: Sarah Wannarka
Chief Assistant U.S. Attorney

Brenda Trejo-Olivarri
Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other _____

_____
Honorable Orlando L. Garcia
U.S. District Judge

04/04/2025
Date